```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENISE CRUMWELL, *on Behalf of Herself
and All Other Persons Similarly Situated*

                  Plaintiff,

      - against -

EMPIRE POINT BOATING CENTER INC.

                 Defendant.
------------------------------------------------------------X

22-CV-1829 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed during the initial pretrial conference on July 11, 2022, discovery is stayed until September 12, 2022. During that period, the parties shall strive to reach a settlement. The parties shall file a status report by **September 12, 2022**, or within seven days of settlement, whichever is earlier.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: July 11, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1