**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 27, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DENISE CRUMWELL, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiff,

v.

EMPIRE POINT BOATING CENTER INC.,

        Defendant.
---------------------------------------------------------------x

No.: 1:22-cv-1829

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DENISE CRUMWELL, and Defendant, EMPIRE POINT BOATING CENTER INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
      October 24, 2022

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

LAW OFFICES OF MICHAEL K. CHONG, LLC

_____
Michael K. Chong, Esq.
2 Executive Drive Suite 240
Fort Lee, NJ 07024
Phone: (201) 947-5200
Fax: (201) 708-6676
MKC@mkclawgroup.com

*Attorney for Defendant*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Oct. 27, 2022